Case 0:05-md-01708-DWF-AJB   Document 504   Filed 08/21/2006   Page 1 of 3



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED   AUG - 1 2006

AUG 3 0 2006

FILED
CLERK'S OFFICE

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NO. 1708

C 06-3789 MJJ

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-16)**

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 398 F.Supp.2d 1371 (J.P.M.L. 2005). Since that time, 171 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 1 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NED

AUG 2 2 2006

U.S. DISTRICT COURT MPLS

## SCHEDULE CTO-16 - TAG-ALONG ACTIONS
## DOCKET NO. 1708
## IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #        CASE CAPTION

ALABAMA MIDDLE
ALM 2   06-525        David Emerson v. Guidant Corp., et al.   06-3387

ALABAMA NORTHERN
ALN 2   06-1254       Ebbie Myers, etc. v. Guidant Corp., et al.   06-3388

CALIFORNIA NORTHERN
CAN 3   06-3789       Richard A. Harris v. Guidant Corp.   06-3389
CAN 3   06-3922       Kenneth B. Ricker v. Guidant Corp.   06-3390

FLORIDA MIDDLE
FLM 3   06-511        Harriett Patterson, etc. v. Guidant Corp., et al.   06-3391

KANSAS
~~KS 6   06-1191       Michele Shannon v. Jesus Val Mejias, M.D., et al.~~ Opposed 8/17/06

KENTUCKY WESTERN
KYW 1   06-87         James G. Ritter, etc. v. Guidant Corp., et al.   06-3392
KYW 3   06-287        Mary Ann Mudd v. Guidant Corp., et al.   06-3393
KYW 4   06-85         Olen D. Davis v. Guidant Corp., et al.   06-3394

LOUISIANA EASTERN
LAE 2   06-2991       Albertha Shorty v. Guidant Corp., et al.   06-3395
LAE 2   06-2995       Elvina D. Carr v. Guidant Corp., et al.   06-3396
LAE 2   06-3050       Marie Davis v. Guidant Corp., et al.   06-3397
LAE 2   06-3051       John William Rhodes, Jr., et al. v. Guidant Corp., et al.   06-3398
LAE 2   06-3058       Clinton Bourgeois, et al. v. Guidant Corp., et al.   06-3399

LOUISIANA MIDDLE
LAM 3   06-413        Joseph D. Truxillo, Sr. v. Guidant Corp., et al.   06-3400
LAM 3   06-419        Betty Ann Davis v. Guidant Corp.   06-3401
LAM 3   06-463        Clara Norman, et al. v. Merck & Co., Inc., et al.   06-3402

LOUISIANA WESTERN
LAW 1   06-986        Nadine Linn v. Guidant Corp., et al.   06-3403
LAW 1   06-988        Rose Bialy, etc. v. Guidant Corp., et al.   06-3404
LAW 1   06-990        Cecilia James, et al. v. Guidant Corp., et al.   06-3405
LAW 1   06-991        Kawanda Edwards, et al. v. Guidant Corp., et al.   06-3406
LAW 2   06-989        Shirley Smith, et al. v. Guidant Corp., et al.   06-3407
LAW 3   06-981        Wilma Young v. Guidant Corp., et al.   06-3408
LAW 5   06-976        Mary Meitz Randinelli, et al. v. Guidant Corp., et al.   06-3409
LAW 5   06-977        William Lund, et al. v. Guidant Corp., et al.   06-3410
LAW 5   06-978        Karen Walker, etc. v. Guidant Corp., et al.   06-3411
LAW 6   06-993        William Ortego, et al. v. Gudiant Corp., et al.   06-3412
LAW 6   06-994        Debra Robert, etc. v. Guidant Corp., et al.   06-3413
LAW 6   06-995        Thelma Irvin v. Guidant Corp., et al.   06-3414
LAW 6   06-1009       Yuber S. Bullock v. Guidant Corp.   06-3415

SCHEDULE CTO-16 TAG-ALONG ACTIONS (MDL-1708)                                      Page 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **MAINE** | | |
| ME 1 06-70 | Donna Caron v. Guidant Corp. | 06-3416 |
| **OHIO NORTHERN** | | |
| OHN 1 06-1582 | Cardienne Morris, et al. v. Guidant Corp., et al. | 06-3417 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 06-2489 | Karen M. Sedler, etc. v. Boston Scientific Corp., et al. | 06-3418 |
| **PENNSYLVANIA MIDDLE** | | |
| PAM 1 06-1212 | Donald Wilhelm, etc. v. Boston Scientific Corp., et al. | 06-3419 |
| **TENNESSEE WESTERN** | | |
| TNW 2 06-2384 | Nancy Doss v. Guidant Corp., et al. | 06-3420 |
| **TEXAS EASTERN** | | |
| TXE 2 06-232 | Thomas Dunn, et al. v. Guidant Corp., et al. | 06-3421 |
| TXE 4 06-249 | Adriana Araya, et al. v. Cardiac Pacemakers, Inc. | 06-3422 |
| **TEXAS NORTHERN** | | |
| TXN 3 06-985 | Mary Ballard v. Guidant Corp., et al. | 06-3423 |
| TXN 3 06-1080 | Maria Hernandez, etc. v. Guidant Corp., et al. | 06-3424 |
| **TEXAS SOUTHERN** | | |
| TXS 4 06-2143 | Gloria Smith v. Guidant Corp., et al. | 06-3425 |
| TXS 4 06-2144 | J.C. Bowie v. Guidant Corp., et al. | 06-3426 |
| **UTAH** | | |
| UT 2 06-446 | Jeffrey Hunt, et al. v. Guidant Corp., et al. | 06-3427 |

# United States District Court
## District of Minnesota
Office Of The Clerk
300 S. Fourth St., Room 202
Minneapolis, MN 55415

RICHARD D SLETTEN, CLERK
(612) 664-5000

RECEIVED

AUG 3 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

August 22, 2006

Mr. Richard W. Wieking, Clerk
United States District Court
Phillip Burton United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

In re:  MDL-1708 -- In re Guidant Corp. Implantable Defibrillators Products Liability Litigation
YOUR CASE NUMBER: C.A. No. 3  06-3789    Harris v. Guidant
DISTRICT OF MINNESOTA CASE NUMBER:   06-3389 DWF/AJB

Dear Mr. Wieking:

    A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on August 21, 2006   Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota.  The cases are assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan for coordinated or consolidated pretrial proceedings.  Please reference the case number assigned in this court on all correspondence or communications.

    Please forward a certified copy of the docket sheet for the case listed above together with a received stamped copy of this letter to:  Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415.  Communications regarding these actions should be directed to Ms. Mary Kaye Conery  or Ms. Lou Jean Gleason  at (612) 664-5000.  Should you have any questions please do not hesitate to call.

Very truly yours,

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Civil Docket Supervisor

Enclosure

cc: Judge Donovan W. Frank
    Judicial Panel on Multidistrict Litigation